Respondents.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before November 6, 1961.

■ ELIZABETH A. N. BRIGHAM, Appellant, v. FORD MOTOR COMPANY, Respondent.— Motion granted to appeal on original and five typewritten copies of record and five typewritten copies of appellant's brief; appeal dismissed unless records and briefs are filed and served on or before October 5, 1961.

■ IVY BRZOSTOWSKI, Appellant, v. COCA-COLA BOTTLING CO., INC., Respondent. SIGMUND BRZOSTOWSKI, by His Guardian ad Litem, IVY BRZOSTOWSKI, Appellant, v. COCA-COLA BOTTLING CO., INC., Respondent.— Motion granted to appeal on original stenographic minutes, an original and five typewritten copies of judgment roll and five typewritten copies of appellant's brief; appeal dismissed unless records and briefs are filed and served on or before October 20, 1961.

■ SHIRLEY LITTLE, Respondent, v. SAM NOTO, Appellant.— Motion granted to appeal on original stenographic minutes, an original judgment roll and five typewritten appellant's briefs; appeal dismissed unless records and briefs are filed and served on or before October 20, 1961.

■ ANTHONY RICCO, Respondent, v. STANLEY J. STOLARCZYK, Respondent, and WERNER POLAK et al., Appellants.— Appeal dismissed unless records and briefs are filed and served on or before October 27, 1961.

■ STANLEY STOLARCZYK, Respondent, v. WERNER POLAK et al., Appellants.— Appeal dismissed unless records and briefs are filed and served on or before October 27, 1961.

■ GERALD A. PECK et al., Respondents, v. STATE OF NEW YORK, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before November 1, 1961.

■ In the Matter of PHILLIP SANSONE, Petitioner, v. DUDLEY KAY et al., Constituting the Board of Police Commissioners of the City of Lockport, Respondents.— Motion granted to have appeal heard on one legible typewritten record.

■ JOHN T. McINTEE, JR., Doing Business as LAKE COUNTRY INDUSTRIES, Appellant, v. JAMES W. POLVINO, Defendant, and HAMLIN NATIONAL BANK, Respondent.— Motion granted and order of May 19, 1961, dismissing appeal, vacated on condition that appellant's brief is filed and served on or before September 25, 1961.

■ MILO THOMAS, Appellant, v. JAMES A. AVERY, as Receiver, Respondent.— Application for final order of dismissal of appeal denied; order of June 30, 1961 amended.

■ ANTONIO TRUILIZIO, Appellant, v. GEORGE PREDELLI et al., Respondents.— Motion granted to appeal on original stenographic minutes, an original and five typewritten copies of judgment roll and five typewritten copies of appellant's brief; appeal dismissed unless records and briefs are filed and served on or before November 1, 1961.

■ EDNA KEEGAN, Appellant, v. EUGENE T. KEEGAN, Respondent.— Motion granted to appeal on an original and five typewritten copies of record and five typewritten copies of appellant's brief.

■ CHARLOTTE M. HUNT, Respondent, v. G. C. MURPHY COMPANY et al., Appellants.— Motion to dismiss appeal denied.

■ DON C. RUSSO et al., Respondents, v. TOWN OF VICTOR et al., Appellants.— Appeal dismissed, with $10 motion costs for failure to comply with previous order.

■ (A) ANNAMARIE SWANSON, as Administratrix of the Estate of HAROLD S. SWANSON, Deceased, v. EVANS OILS INC., et al. (B) EDWARD J. MARSCHNER